In re: Guetatchew FIKROU, Debtor.

Guetatchew Fikrou, Appellant,

v.

First Nationwide Mortgage Corporation; et al., Appellees.

No. 01–15162, NC–00–1108–RYGR, NC–00–1113–RYGR. BAP Nos. NC–00–1108–RyGR NC–00–1113–RyGR.

United States Court of Appeals, Ninth Circuit.

Submitted April 8, 2002 *.

Decided April 15, 2002.

Before BROWNING, KLEINFELD, and GOULD, Circuit Judges.

MEMORANDUM **

Guetatchew Fikrou appeals pro se the Bankruptcy Appellate Panel's ("BAP") af-

---

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, appellant's request for oral argument is denied.

** This disposition is not appropriate for publi-

firmance of the bankruptcy court's judgment dismissing Fikrou's adversary action, which challenged defendants' transfer of property. We have jurisdiction pursuant to 28 U.S.C. § 158(d). We independently review the BAP decision. *See United States v. Battley (In re Kimura)*, 969 F.2d 806, 810 (9th Cir.1992). We review for clear error the bankruptcy court's findings of fact, and we review de novo its conclusions of law. *See id.* We affirm for the reasons stated in the BAP's memorandum disposition filed December 28, 2000.

Fikrou's remaining contentions are without merit.

AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.